IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00666-RM-MEH

CHRISTOPHER CLARK, and
ASHLEY CLARK,

    Plaintiffs,

v.

MIRANDA KINNETT, in her individual and official capacities, and
MATTHEW SULLIVAN, in his personal capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 5, 2016**.

    Plaintiffs' Unopposed Motion to Change the April 11, 2016 Scheduling Conference to a Status Conference [filed April 3, 2016; docket #7] is **granted**. The Scheduling Conference currently set for April 11, 2016 is **converted** to a Status Conference at which the parties shall be prepared to discuss the progression of this case.